# UNITED STATES DISTRICT COURT
## Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Juwayne Pinckney | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Case Number: CR98-00690RBL-008<br>USM Number: 28617-086<br>Robert W. Goldsmith<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)  1, 2, 3, & 4  of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failing to satisfactorily participate in the home confinement program | July 6, 2006 |
| 2. | Failing to notify the probation officer ten days prior to any change in employment | June 30, 2006 |
| 3. | Failing to report for drug testing | July 5, 2006 |
| 4. | Committing the crime of Attempted Failure to Register as a Sex Offender in RCW 9A28.020 and 9A.44.130(11)(a) | November 3, 2006 |

The defendant is sentenced as provided in pages 2 through ____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

_____ for
Assistant United States Attorney  AUSA Ye-Ting Woo

January 12, 2007
Date of Imposition of Judgment

_____
Signature of Judge

The Honorable Ronald B. Leighton
United States District Judge

January 12, 2007
Date

AO 245D   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page  2  of  _____

DEFENDANT: Juwayne Pinckney
CASE NUMBER: CR98-00690RBL-008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  _twelve (12) months with no supervision to follow._

☒ The court makes the following recommendations to the Bureau of Prisons:

FDC - SEATAC

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

Eric E. Robertson
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL